OPINION — AG — ** ADDITIONAL COMPENSATION — ELECTION BOARD EMPLOYEES ** THE BOARD OF COUNTY COMMISSIONERS IS 'NOT' AUTHORIZED, UNDER 26 O.S. 556 [26-556](A) " TO APPROVE CLAIMS FOR THE PAYMENT OF $2.00 ADDITIONAL COMPENSATION FOR EACH DAY, MAKING A TOTAL OF $6.00 ", AND THAT THE TOTAL AMOUNT OF SUCH ADDITIONAL COMPENSATION IS " LIMITED TO $2.00 " FOR EACH ELECTION. (SUPPLIES, ELECTION) (J. H. JOHNSON)